

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Office of Federal Operations**
**P.O. Box 77960**
**Washington, DC 20013**

Stephen Counts, Jr., a/k/a
Cornell S.,[1]
Complainant.

v.

Louis DeJoy,
Postmaster General,
United States Postal Service
(Field Areas and Regions),
Agency.

Appeal No. 2021005011

Hearing No. 510-2019-00130X

Agency No. 4G-335-0043-18

## DECISION

Complainant appeals to the Equal Employment Opportunity Commission (EEOC or Commission), pursuant to 29 C.F.R. § 1614.403, from the Agency's September 2, 2021 final order concerning his complaint alleging employment discrimination in violation of Title VII of the Civil Rights Act of 1964 (Title VII), as amended, 42 U.S.C. § 2000e et seq. For the following reasons, the Commission AFFIRMS the Agency's final order finding no discrimination.

## BACKGROUND

At the time of events giving rise to this complaint, Complainant was employed by the Agency as a Rural Carrier Associate, H-05/Y, at its Aviation Branch, Brooksville, Florida.

On February 15, 2018, Complainant filed an EEO complaint alleging discrimination and harassment based on reprisal for prior EEO activity when:

---

[1] This case has been randomly assigned a pseudonym which will replace Complainant's name when the decision is published to non-parties and the Commission's website.

2                                                              2021005011

1.  On December 10, 2017, he was required to work a 7th day;

2.  On December 15, 2017, he was not paid correctly;

3.  On December 23, 2017, he was placed on Emergency Placement;

4.  On January 29, 2018, he was issued a Notice of Removal for Improper Conduct;

5.  On April 17, 2018, he was yelled at by management in front of his coworkers and placed on Emergency Placement; and

6.  He was issued a Notice of Removal dated May 10, 2018, for Improper Conduct.

After its investigation into the complaint, Complainant requested a hearing before an EEOC Administrative Judge (AJ). The AJ subsequently issued a decision by summary judgment in favor of the Agency. The AJ found the Agency articulated legitimate, nondiscriminatory reasons for its actions in that management scheduled Complainant to work on December 10th based on the projected volume of packages on that day. Management indicated that on December 15, 2017, Complainant was not entitled to additional compensation as claimed since he worked more than 40 hours during pay period 25. Complainant was correctly paid. On December 23, 2017, Complainant verbally assaulted and yelled at his supervisor. As a result, Complainant was placed on Emergency Placement and was issued a Notice of Removal on January 29, 2018, which was subsequently reduced to a seven-day no time off suspension via grievance. On April 17, 2018, Complainant yelled and cursed to a supervisor and other employees in the workplace. As a result, Complainant was placed on Emergency Placement on April 18, 2018, and was issued a Notice of Removal on May 10, 2018.[2] The AJ found no retaliation and harassment as alleged.

The Agency issued its final order adopting the AJ's finding that Complainant failed to prove discrimination as alleged. The instant appeal followed.

### ANALYSIS AND FINDINGS

The Commission's regulations allow an AJ to grant summary judgment when he or she finds that there is no genuine issue of material fact. 29 C.F.R. § 1614.109(g). An issue of fact is "genuine" if the evidence is such that a reasonable fact finder could find in favor of the non-moving party. Celotex v. Catrett, 477 U.S. 317, 322-23 (1986); Oliver v. Digital Equip. Corp., 846 F.2D 103, 105 (1st Cir. 1988). A fact is "material" if it has the potential to affect the outcome of the case.

---

[2] The record reveals that Complainant filed a grievance regarding the May 10, 2018 removal notice and was returned to his position.

3                                                2021005011

In rendering this appellate decision, we must scrutinize the AJ's legal and factual conclusions, and the Agency's final order adopting them, *de novo*. See 29 C.F.R. § 1614.405(a)(stating that a "decision on an appeal from an Agency's final action shall be based on a *de novo* review..."): see also Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO-MD-110), at Chap. 9, § VI.B. (as revised, August 5, 2015) (providing that an administrative judge's determination to issue a decision without a hearing, and the decision itself, will both be reviewed *de novo*).

In order to successfully oppose a decision by summary judgment, a complainant must identify, with specificity, facts in dispute either within the record or by producing further supporting evidence and must further establish that such facts are material under applicable law. Such a dispute would indicate that a hearing is necessary to produce evidence to support a finding that the agency was motivated by discriminatory animus. Here, however, Complainant has failed to establish such a dispute. Even construing any inferences raised by the undisputed facts in favor of Complainant, a reasonable fact-finder could not find in Complainant's favor.

Upon careful review of the AJ's decision and the evidence of record, as well as the parties' arguments on appeal, we conclude that the AJ correctly determined that the preponderance of the evidence did not establish that Complainant was discriminated against by the Agency as alleged.

## CONCLUSION

Accordingly, we AFFIRM the Agency's final order adopting the AJ's decision finding no discrimination.

## STATEMENT OF RIGHTS - ON APPEAL
## RECONSIDERATION (M0920)

The Commission may, in its discretion, reconsider this appellate decision if Complainant or the Agency submits a written request that contains arguments or evidence that tend to establish that:

1.  The appellate decision involved a clearly erroneous interpretation of material fact or law; or

2.  The appellate decision will have a substantial impact on the policies, practices, or operations of the agency.

Requests for reconsideration must be filed with EEOC's Office of Federal Operations (OFO) **within thirty (30) calendar days** of receipt of this decision.   If the party requesting reconsideration elects to file a statement or brief in support of the request, **that statement or brief must be filed together with the request for reconsideration**.  A party shall have **twenty (20) calendar days** from receipt of another party's request for reconsideration within which to submit a brief or statement in opposition.  See 29 C.F.R. § 1614.405; Equal Employment Opportunity Management Directive for 29 C.F.R. Part 1614 (EEO MD-110), at Chap. 9 § VII.B (Aug. 5, 2015).

.

4                              2021005011

Complainant should submit his or her request for reconsideration, and any statement or brief in support of his or her request, via the EEOC Public Portal, which can be found at https://publicportal.eeoc.gov/Portal/Login.aspx. Alternatively, Complainant can submit his or her request and arguments to the Director, Office of Federal Operations, Equal Employment Opportunity Commission, via regular mail addressed to P.O. Box 77960, Washington, DC 20013, or by certified mail addressed to 131 M Street, NE, Washington, DC 20507. In the absence of a legible postmark, a complainant's request to reconsider shall be deemed timely filed if OFO receives it by mail within five days of the expiration of the applicable filing period. See 29 C.F.R. § 1614.604.

An agency's request for reconsideration must be submitted in digital format via the EEOC's Federal Sector EEO Portal (FedSEP). See 29 C.F.R. § 1614.403(g). Either party's request and/or statement or brief in opposition must also include proof of service on the other party, unless Complainant files his or her request via the EEOC Public Portal, in which case no proof of service is required.

Failure to file within the 30-day time period will result in dismissal of the party's request for reconsideration as untimely, unless extenuating circumstances prevented the timely filing of the request. **Any supporting documentation must be submitted together with the request for reconsideration.** The Commission will consider requests for reconsideration filed after the deadline only in very limited circumstances. See 29 C.F.R. § 1614.604(c).

## COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (S0610)    *801 N. Florida Ave Tampa 33602*

You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official Agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court. "Agency" or "department" means the national organization, and not the local office, facility or department in which you work. If you file a request to reconsider and also file a civil action, **filing a civil action will terminate the administrative processing of your complaint**.

## RIGHT TO REQUEST COUNSEL (Z0815)

If you want to file a civil action but cannot pay the fees, costs, or security to do so, you may request permission from the court to proceed with the civil action without paying these fees or costs. Similarly, if you cannot afford an attorney to represent you in the civil action, you may request the court to appoint an attorney for you. **You must submit the requests for waiver of court costs or appointment of an attorney directly to the court, not the Commission.** The court has the sole discretion to grant or deny these types of requests.

5                                    2021005011

Such requests do not alter the time limits for filing a civil action (please read the paragraph titled Complainant's Right to File a Civil Action for the specific time limits).

FOR THE COMMISSION:

Carlton M. Hadden, Director
Office of Federal Operations

January 10, 2022
Date

6                                                2021005011

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was provided to the parties.** I certify that on the date below this decision was provided to the following recipients via the means identified for each recipient:

Stephen Counts, Jr.
11185 Commercial Way Lot 33
Weeki Wachee, FL  34614
Via U.S. Mail


U.S. Postal Service (Field Areas and Regions)
NEEOISO - Appeals
U.S. Postal Service
Via FedSEP


January 10, 2022
Date


Compliance and Control Division

ATTENTION: ~~Dexter Brown~~

In Reference to:

Evidence and proof of

Employee harassment

By:

Stephen Counts, Jr.

A 15-page document of

Chronological events

To whom it may concern;

     To begin this document entitled "Evidence & Proof of Employee Harassment" penned on 06/14/2018, I feel it is relevant to quote Dr. Martin Luther King Jr discussing Civil Rights on the Merv Griffen Show from 1967:

"I'm blamed for violence because of a wrong analysis of events and history, and of circumstances. It so happens that many demonstrations that I lead end up in violence in the since that we who are demonstrating are inflicted with violence, and I always say that you can't blame non-violent demonstrators who are demonstrating for their Constitutional rights, when violence erupts. This would be like blaming the robbed man for the evil act of robbery, because his possession of wealth/money precipitates the act. Society must always condemn the robber and protect the robbed. Another analogy would be (and I saw this very clearly in Chicago last Summer) when we were demonstrating around the whole issue of open housing, and as we marched into certain areas that were lily white areas, and that denied negros the right to live in those areas, we were confronted with massive violence. Bottles and bricks were thrown at us, we were often beaten, and yet they called us the originators of the violence. And I always said that this is like looking at a physician, who through his skills, through his medical ingenuity discovers cancer in a patient, and blaming the doctor for causing the cancer. It's usually the other way around, we praise the physician for using his ingenuity to bring out into the open something that needed to be discovered, and something that can be cured if it is caught early enough, and this is exactly what we have done. We can't be blamed for the violence that emerges. We merely brought it out into the open. We brought the evil conditions, the cancerous disease of racism out in the open, and far from being the cause of it. We are merely the catalytic agents bringing it out for everyone to see, so that society can cure it."

     Everything Dr. Martin Luther King Jr spoke on in the preceding quote describes how the USPS has handled my complaints to management and even the Post Master regarding their violations of my Civil and Employee rights. They've continued to retaliate on my livelihood based on their own efforts to disparately harass, bully, and yell at me on the workroom floor in front of others, by deflecting back onto me as if I'm a violent unprovoked person while preaching about non-violence in the workplace. Total hypocrisy the U.S.P.S. and the Federal Government will continue to allow these narcissistic, egotistical, dictators to continue violating other employees' rights once they've been successful in ruining my livelihood. I've filed a total of three EEO's against this management for yelling at me on the workroom floor in the past 15 months and so far, all they have done to resolve the issue is discipline me by walking me off the floor and attempting to end my employment for me committing a Federally protected act of filing EEO's as well as grievances. All of which has gotten me no where with obtaining justice from my perpetrators.   There is proof and evidence of their bullying me on a Facebook group page for our office from 04/27/2018 in which management had the creator take down. Therefore, I'm asking the Postal Inspector to confiscate this Facebook page to be used as evidence in my case. The rest of this document is a chronological order of documents in which I've filed on behalf of my case with various offices on various dates as well as a statement from another former co-worker going through the same type of harassment.

     The following document was penned 12/27/2017 and is entitled "Provoking Workplace Harassment". It's a list of chronological order of events that were neglected to prevent my further being harassed, provoked, and targeted by my superiors:

To whom it may concern;

My name is Stephen W. Counts, Jr. I have been an R.C.A. for the U.S.P.S. for 10 years and 2 months, as well as the local union steward in my office for a year now. I transferred from Columbus, Ohio to the Aviation Branch Post office in Spring Hill, Florida three and a half years ago, where main manager Margaret "Peggy" Findley had told lies to me from the beginning, telling me I would be twenty something in seniority when I was in the forty somethings. Within the first year here I was treated so discriminately and harshly to where I even had to file an EEO on one of their managers for getting in my face on the floor in front of others, I even had Peggy physically try to hurt me several times this same year.

I'm writing this document to expose the provoking negative attitude from management in which harasses workers creating a hostile working environment. There's a zero-tolerance policy against this kind of conduct, the only problem is that every time I complain about their conduct I'm laughed at, not taken seriously, and/or neglected to address the issue in which they deflect the problem back on to me as if I'm the problem. The latest instance of this occurrence I was sent home and treated as if I were going to go Postal. This is a major issue that management refuses to address the complaints from the local union steward about being harassed by management and instead slanders my name and defames my character by accusing me of things I would never be guilty of.

I have been keeping a track record of their mismanagement in my case since December 6th 2017, even though the problem has been going on for longer than I've been around. The holiday season this year began December 2nd and ran for 3 weeks, so I believe I refer to this on one of the days in my track record of complaints. Another note of interest to keep in mind while reading is the fact that as the local union steward it is one of my duties to bring my complaints to management.

12/6/17        While bringing my complaint to supervisor Rich and Derrick, the clerk Ashley felt as though she should tell me to shut my mouth and that she didn't want to hear my complaints. I called EAP and spoke to Peggy about the disrespectful way her clerk and supervision react to my complaints as the local union steward. I had a counseling appointment with Chase McEwin later that evening and then had a union meeting in which I attended at swiftmud.

12/8/17        My Assistant District Rep Mike came in to have a labor management meeting with Peggy and myself. Mike explained to Peggy that she is to respect me as the local union steward in her office.

12/9/17        Supervisor Rich is arguing with me at 5PM that I must work on Sunday 12/10/17, when supervisor Derrick already took me off the schedule due to my hold down.

12/10/17        Peggy verbally harasses me over the phone to bully me into working when I had other plans on the one day they said they couldn't work me.

12/11/17        I call for EEO to file against Peggy for working me when they weren't supposed to even though they didn't need me, in retaliation for standing up for my rights when they've been violated.

12/15/17        My pay check is short by 10.5 hours to be precise, and all overtime hours at that.

12/17/107       Spoke to payroll supervisor Derrick who agrees to make it up to me if I get him all required documentation.

12/20/17       Supervisor Dawn gets loud and belligerent with me over 2nd trips when that's part of what was shorted on my paycheck. Again, I Complain about Dawn's provoking harassment attitude and again management supposedly talks with her. The first talk management supposedly had with her about getting loud and belligerent was a day or so before and I had told Peggy then that she reacted as though she were going to go Postal.

12/21/17       I file a grievance on my pay with the supporting contractual provisions. By the end of the day Supervisor Derrick is telling me that he'll make up all the hours I was shorted on Sunday 12/24/17.

12/22/17       I'm left as the last one out on the street and again Dawn has the nerve to get another attitude with me in front of Peggy, who I again tell her frustrated that I won't put up with the harassment and provoking attitude from my employer when there's supposed to be a zero-tolerance policy.

12/23/17       Supervisor Rich sends me home when I asked about what happened the night before, when co-rca Monique had the audacity to interrupt and say I have an attitude, which caused Dawn to start running her mouth. In which case instead of explaining in the form of an answer to my question, I was belittled and treated as if I were going to go Postal, when all I was doing was explaining that this is the problem not me. Derrick called me after 4PM to tell me I'm suspended until further notice based on pending investigation.

12/24/17       I call Derrick before my start time to inform him that I have nothing in writing that explains why I'm not working today or any day going forward until whenever they say I can go back to work. He agreed to provide me a written copy of an explanation the same day in which I didn't receive until 12/26/17.

12/26/17       I receive a priority express that states I'm to attend an Investigative Interview dated for Friday 12/29/17 at 10:00AM.

12/27/17       I receive a text from a fellow rca who also has an open EEO case with another supervisor. The message is informing me that supervisor Rich and supervisor Dawn are still talking about Saturday 12/23/17 and referring to me as an asshole in front of other employees'. I've also been informed by another co-worker that they've been going around trying to get employee statements against me as if I'm in the wrong for exposing this type of workplace harassment.

In conclusion, despite all my complaints over the course of a 3-week span, including filing an EEO against Peggy and a grievance against Payroll, all these managers and supervisors are guilty of and have tolerated & allowed these provoking & harassing attitudes to excel into the present hostile working environment in which they claim to be against. Deflecting away from answering or addressing the initial complaint of provoking & harassing attitudes from management to employees', to blame the victim of going Postal is absurd and a cry for help for these right violators who think their employees should fear losing their jobs before exposing the truth. I personally believe if they can continue to manage this way there will continue to be even worse problems than we're dealing with here. Thank you for your time and patience and God bless.

To further prove what I've been saying is true about all the harassment going on I've added the following statement from a former fellow employee dealing with the same type of harassment dated 01/04/2018:

Subject: Notice of Resignation

From: Carlo Tamarit, RCA of Post Office Aviation in Brooksville, Florida

To whom it may concern,

This letter is to clarify my notice of intent to resign my position with the United States Postal Service as a Rural Carrier Associate. The last day I can work is this January 14th, 2018, Sunday. I will be taking a new position elsewhere, which starts on Monday January 15th, 2018.

The reasons for my resignation are many, which I detail below: 1. David Dameron: first and foremost, I feel I've exhausted all available options in getting this situation resolved. I've reported the initial incident last year (4/30/17), when he ignored my concerns and later threatened to fire me. Not only did he treat me differently from other team members, but he violated the District Manager Eric D. Chavez's MEMORANDUM (dated 1/8/2016) which states: "Threats also include words or actions intended to intimidate another person or to interfere with the performance of his or her official duties." I emailed the PO Employee survey around 8/2017 my concerns, and I repeatedly asked and emailed Derek McLain to not be scheduled with David Dameron. I even opened an EEO Complaint against David Dameron, and so far that option has yielded no results. All I wanted was to no longer be scheduled to work for David Dameron, which can easily be done had my scheduling supervisor, Derek McLain, taken the time to communicate with other supervisors. Fact remains that even though the incident happened so long ago, I STILL FEEL INTIMIDATED around him. There's no excuse for ignoring my request to simply avoid working for David Dameron. Technicalities such as route primary or seniority are not sufficient business reasons to keep putting me in an uncomfortable, unproductive and unhealthy situation. 2. Treatment of team members by leadership: specifically Margaret Findley. While I've personally never been the target of her ire, I have seen her single out fellow carrier Mindy. Mindy was telling another co-worker about using her personal vehicle, and Margaret Findley singled her out unprovoked, and proceeded to lecture Mindy that she had signed paperwork that she would provide her personal car in the event it was needed. There was no need to attack Mindy, especially in front of me and two others. Margaret Findley could have simply and PROFESSIONALLY pulled Mindy aside and address any concerns or questions if Mindy had any. In this case, such an interaction was not needed, BECAUSE IT WAS JUST TWO CARRIERS HAVING A NORMAL CONVERSATION, and to be CLEAR: MINDY WAS NOT COMPLAINING. 3. Gossip by supervisors concerning fellow team members: recently, the shop steward of the Aviation station, Steve Counts Junior, seemed to have left the Post Office. He made his concerns known on a Saturday, but the situation escalated to the point where law enforcement was called. I wasn't there: I was at the Post Office in Spring Hill (on Philatelic). I had heard what happened and I spoke to Steve via text. He explained to me that he was the one who called law enforcement and that the situation got out of hand as he tried to defend himself against Rich (supervisor). Again, I wasn't there, so it's not my place to judge who

was right and who was wrong: both sides will defend themselves and accuse the other side of wrongdoing. What I CAN report is what I heard the next days after: in discussing the situation that transpired, both supervisor Rich and Dawn (who works as a carrier and sometimes supervisor) described Steve Counts Junior as an A--HOLE. I HEARD THEM. Not only were they discussing the situation to fellow team members, possibly people who were not there and didn't need to know, but also described Steve Counts Junior in disparaging terminology. Not only is this unprofessional, but it also fosters an environment where I can't trust the people around me to respect me or respect anyone else. One time, and this is probably minor, Dawn asked me if I wanted to switch my sub route and work on Patty's route (Aviation; Patty's day off is Friday). Dawn described Patty as "slow." While this may not seem like much, couple this minor incident with the aftermath I witnessed from Rich and Dawn, and the problem is plain as day: the supervisors do not respect their coworkers and will talk nonsense behind their backs. This creates a passive-aggressive hostile work environment. And it makes me wonder what was SAID ABOUT ME BEHIND MY BACK. 4. So while the supervisors have time and readily talk amongst themselves about other coworkers, they don't communicate with each other when it comes to the schedule. I've literally lost track of the times I've been called on my regular days off and approved days off and told I have to be at work, when the schedule stated (right before I left for the day) that I was off. Margaret Findley called me when I was out of town at a family wedding and told me it was unacceptable that I wasn't at work. I told her Derek approved my request for that time off. Rich called me on a Friday I was off at 1:30pm and told me I was supposed to be at work at 6am that very morning. Question: where is the communication? Why do I have to be held to account for the actions of the supervisors who don't to know basic courtesy, professionalism and proper communication? Why am I the one who looks bad? Derek does the schedule. I have no personal issues with him. My professional issues include his consistent ignoring my concerns about David Dameron and seemingly lack of communication with the supervisors and members of leadership about the schedule. Since I'm paid by the hour and route evaluation, and NOT ON SALARY, then I'm not on call. Therefore, I work the schedule as it's written up to the minute I leave.  5. Margaret Findley: I'm done working for her. In addition to what I described above, it seems she has a problem with her boss, Deborah Draga, in regards to with whom Deborah Draga shares her personal time. To describe Margaret Findley a homophobe is an understatement, because she's also a hypocrite. She'll be one way with Deborah Draga and then talk nonsense behind her back. That's unacceptable. 6. David Dameron: his actions described above make him a racist because he's not done that to anyone else who looks like him. I've seen David Dameron single out Joe (formerly an RCA at the Spring Hill Post Office on Philatelic; Joe quit) repeatedly on Amazon Sundays and getting into heated discussions in front of everyone else. David Dameron will describe Joe and I as having an attitude problem. No, the problem is David Dameron is a racist and he's incompetent. So while he singles out people like me and Joe, he has time to sexually objectify Irma (an RCA).

7. Scheduling me on routes with no training: I understand that for some carriers, this is how they learn. I learn a route by being trained on it, an issue of which I emailed Derek McLain on at least one occasion. The supervisors never accommodated my request, and then when something happens, such as I need help to finish the route and get back in time, more often than not I'm told "I need to do something about it." So now I'm held accountable for something beyond my control? Here's why I asked to be trained before I'm put on a different route: I have no idea what the specifics of the route are, such as pets, vacancies, moves, mailboxes with no numbers or hidden, etc. I can't be expected to operate at peak proficiency on any given route if I haven't been properly trained on it. 8. Ignoring various concerns raised by team members: the supervisors have the uncanny ability to ignore any issues raised by fellow

team members until any such concerns become a mess, then the situation escalates into a disaster: examples include my interaction with David Dameron and Steve Counts Junior's recent interaction with Rich. Team members have gotten fed up and quit because of the blatant disrespect directed towards then. When I signed on to work at the Post Office, after waiting months to get in, I accepted the challenges that come with the job: weather concerns, pet and critter issues, on-the-road obstacles, etc. I'd even accept that supervisors are human too and mistakes will be made. What I can no longer accept is the racism, the gossip and trash talk, the passive-aggressive hostile work environment, and the disrespect from the people who need me to do a good and productive job.

Recently, the President of the United States attacked the Post Office and Amazon, as reported by CNN. What was interesting to me was a net loss of $5.6 billion. There are a lot of factors to consider in what contributes to that immense loss, but I'll focus on the one that matters to me: the high turnover rate of team members being hired and then leaving in a relatively short time due to supervisors who mistreat them. Everything I've stated are my experiences, whether directly observed or brought to my attention via other means. The Post Office is literally spending a lot of money on keeping bad supervisors in place and losing good, dedicated and hard-working team members. That's not a way to run a business.

Now, as a final point, a little about me: I don't like playing any "card." The first time I talked about what was on my mind was when I first started and asked to be put on a more straightforward route (to be objective, Margaret Findley encouraged me to stick with route 104 and assured me I would get better at it; after 3 more months on it, she was proven right). The second time was when there was a death in my family, the details of which you need not know because that's personal. Other than those items, I've kept my focus on the job: I don't gossip and trash talk (I have however, stated several times that I don't want to work with David Dameron and the facts related to my reasons why). I haven't gotten involved with anyone on a personal level because the job needs to get done. So no one knows that I have a learning disability (diagnosed early and dealt with all the way to high school, technically helped me get into college). No one knows that I lost everything: the car is not mine. No one knows that I survived my own attempt on myself. I have proof if it's required. I may be slow at times, but I do the best that I can.

I can only imagine the challenges and hardships my fellow team members have in their own lives. I'm sure there are others in that station who have it worse than me, and they make no mention of it. They do the best they can, but what hurts them and myself is when the supervisors stop taking us seriously and ignore our concerns.

I see no reason to continue to work for the Post Office in my current position. Seeing what I've seen, I'm more inclined to fix the problems the Post Office has, but that's wishful thinking.

I'm available to be scheduled up until January 14th, 2018. This is my two week notice, or as close as one can get considering the schedules are done on a weekly basis. After that date, I'm no longer available to revolve my schedule around the Post Office: it'll be the other way around. If not, that's fine, too. The Post Office has a lot of internal garbage to throw out.

Finality,

Carlo Tamarit

January 4th, 2018

The following document was penned on 02/02/2018 and is entitled "Self Defense". It's a document explaining how hypocritical it is for me to have to defend myself from workplace harassment when the perpetrators are my management team:

To whom it may concern;

My name is Stephen W. Counts, Jr. I have been an R.C.A. for the U.S.P.S. for 10 years and 4 months, as well as the local union steward in my office for a year and a quarter now. On January 30th, 2018 I receive a Notice of Removal charged with Improper Conduct. What Hypocrisy this notice of removal is, it basically documents proof of my complaint that "I'm writing this document to expose the provoking negative attitude from management in which harasses workers creating a hostile working environment. There's definitely a zero-tolerance policy against this kind of conduct, the only problem is that every time I complain about their conduct I'm laughed at, not taken seriously, and/or neglected to address the issue in which they deflect the problem back on to me as if I'm the problem."

This is a prime example of retaliation, and it's a good thing I wasn't complaining about sexual harassment with the way they tolerate this behavior from supervisor/management, because I feel raped none-the-less. Peggy agreed in the Labor Management meeting on 12/08/2017 that problem 204-b's (such as Hugh Hyde and Dawn Harris) weren't going to be scheduled much longer, even though Hugh wasn't scheduled anymore after that dawn was continually allowed to be scheduled. All despite my continual complaints about her behavior as a 204-b several times over, they continued to tolerate her yelling at me with her negative attitude towards me, for complaining about her seeming as if she were going to go postal. Yet somehow my behavior while defending myself from the verbal assault using the zero-tolerance policy, it ended up being used against me, just as I stated previously. Everyone seemed to have been extremely lenient towards her improper conduct, but not towards mine, when I was bullied, backed into a corner, and ganged up on by these perpetrators in positions of authority who believe their titles earn extra rights leaving them exempt from Federal laws.

I will now breakdown the events of 12/23/2017 as to expose the fraudulent charges against me from my employer. Upon entering the building, I noticed both Richard and Dawn focusing on me while surrounded by other employees. Upon approaching my scheduled case, I noticed it was blocked off by a pallet with half a dozen oversized parcels for my route that day. I again looked over towards management as to why my (or any case for that matter) case was blocked off, and again noticed they were still fixated on me and how I would react. I looked over and saw the clerk Jason who asked what was wrong and moved the pallet for me when I explained.

After adjusting the parcels from the pallet, I signed in on the 4240 and headed to the key station. As I walked from my case towards the key station to do my vehicle check, I walked right by the supervisor's desk without saying a word, proceeding with my vehicle check. When I came back in, rounding the corner from the supervisor's desk to my case, Rich had said something to me to where I turned back around and asked him to waive my arms "what happened yesterday?", in the same fashion they'll ask you what happened when you don't make your estimated time. Before he or anyone could say anything, Monique made sure to say to me "It seems you have an attitude", which led into Dawn yelling at me again.

I'm not sure what she was running her mouth about, because at that point I was done with being yelled at by her, with her attitude that nothing will happen to her because of yelling at me. I

yelled over her to explain that "I will not tolerate being yelled at when there's a zero-tolerance policy!" All the meanwhile Rich is just sitting back watching her belittle me without saying a word, while she's still yelling at me the whole time I'm defending myself enforcing the zero-tolerance policy on them. I looked at Rich and said, "you might as well send me home" in the same fashion Patrick Henry said, "Give me liberty or give me death", and Rich replied for me to go home, even though I had to defend myself against them ganging up on me in front of other employees.

While I was leaving I yelled back at Rich and Dawn "Merry Christmas mother fuckers", because they had succeeded in ruining my holidays (as I stated they were out to do in my EEO) at the very last moment before Christmas, and to a single father who hasn't had a problem keeping his job over the past decade that is extremely emotional. I was nothing more than their morning laugh because as if being ridiculed and disciplined for defending oneself from harassing management wasn't enough they felt the need to continue to laugh at me the entire time I'm walking out of the building, which is what provoked me in my extremely emotional state to say these vulgar words. I said, "laugh it up", again out of self-defense from being laughed at, as if my complaints meant nothing at all. At this point I was beyond pushed over the edge and way past my wit's end with being bullied by my employer.

Nobody said I wasn't allowed to come back inside to check the schedule, all I was told was to go home. I re-entered the building without saying anything at all to check the schedule. Nobody even noticed I was there until I was behind the desk looking at the schedule, when Rich felt as though he needed to tell me again to leave and proceeded to escort me out this time. The entire time I didn't say anything to anyone until we reached the door and I said to him privately that he was an asshole, referring to how he allowed and tolerated Dawn's behavior, but sent me home for defending my employee rights. That's when he told me that she wasn't the one yelling at him. I made him aware of the fact that I had alerted the local authorities to this workplace harassment as to make a report of the incident, being that the EEO office was closed, and there was no other way to expose this kind of white-collar crime. Nothing I said should've been interpreted as a threatening remark at all, however them disciplining me for defending myself against their bigotry I interpret as an actual threat to my livelihood.

Why is it okay for them to think their behavior of treating their employee who's complaining about workplace harassment with bullying is okay, but my behavior of self-defense isn't okay? I don't know how else to explain it other than I know the federal law prohibits employers from discriminating against their employees whom have already filed previous complaints is known as retaliation. I've never done threatening other than file paperwork in self-defense of workplace harassment, in which I've also already complained that this type of harassment is creating a hostile working environment. First off how can a carrier be expected to be efficient performing the functions of the rural craft when they're bullied in the office with negative attitudes and yelling from management who seem to be exempt from the zero-tolerance policy?

This behavior continues to undermine the trust that management will enforce the zero-tolerance policy when an employee complains about harassment. In fact, the very charges I'm charged with, the U.S.P.S. Aviation Branch of the Brooksville Post is guilty of itself, and for me to be found guilty of self-defense would be to also find them guilty of all my complaints from the beginning of this escalated situation of concern. How they've addressed my complaints just goes to show how incompetent they really are at handling these types of complaints in their office. Dawn was the first one who started the yelling, why wasn't she the first one to be put on emergency placement? What's even

more curious is why was Dawn continued to be allowed to supervise over me after 12/08/2017 when Hugh Hyde wasn't?

The following document was penned on 02/14/2018 and is entitled "Formal Complaint and Appeal". It's my formal request to the EEO that I'm moving forward with a formal complaint against my main manager appealing their decision that the harassment has ended:

To whom it may concern about case # 4G-335-043-18;

My name is Stephen Counts, Jr. I've been an R.C.A. for the U.S.P.S. for a little more than a decade, and on 12/11/18 I filed a retaliation EEO against my main manager Margaret "Peggy" Findley for excessively talking down to me by yelling with a negative desperate attitude towards me to bully me in to working on a last-minute notice after already having made plans due to the fact they weren't contractually allowed to work me. This "excessively talking down to me by yelling with a negative desperate attitude towards me" has been being implemented & tolerated as an example for her supervisors' and special treatment employees' to treat me in the office around other employees, despite my complaints about this workplace harassment which is causing a hostile working environment, to her. I continually had to make complaints about being treated this way to no avail, until finally out of frustration from getting nowhere with my complaints I decided I would enforce the zero-tolerance policy, by verbally defending myself from being yelled at, only to be sent home on 12/23/2018. I was already disciplined before I exercised my right to freedom of speech and freedom of expression, but somehow, I was deemed to be placed on emergency placement based on my actions.

Therefore, I feel I was misrepresented by my EEO specialist Wendy Fuller and would like to appeal her decision based on my initial complaint never being addressed and follow through with filing a formal complaint against Peggy. Being that there was no resolution to my counseling request and the fact that as of 02/08/2018 I have been put back to work from a settlement signed by the acting postmaster Chris Frisco (not Peggy), I feel a formal complaint is necessary because I should not have to fear this type of retaliation from my employer when I've already been victimized enough as it is, and management clearly are being permitted to treat their employees however they feel like. I already gave her the benefit of the doubt when I withdrew my initial EEO against her yelling at an employee who was given permission to speak with me by one of her supervisors back in May of 2017. Please feel free to contact me with any questions and/or concerns and thank you for your attention in this matter.

Sincerely:

Stephen Counts, Jr.

R.C.A. 78

2250 Lema Dr.

Spring Hill, Fl. 34609

(614)205-0334

The following document was penned on 04/23/2018 and is entitled "Defending Fraudulent Claims". It's detailing the chronological order of events that took place on the morning of 04/17/2018 where management again insisted and persisted on yelling at me on the workroom floor in front of everyone harassing me yet again in the same fashion in which they did on 12/23/2018 in retaliation against my employment:

To whom it may concern;

My name is Stephen W. Counts, Jr., a single father raising two teenagers on my own since they were toddlers, while paying child support for a third child (who lives in Ohio) without any child support coming in for the first two, whose so economically disadvantaged that I was forced to move in with my mother in Spring Hill, Florida from Columbus, Ohio. Fortunately, I was able to transfer after six and a half years (back in June of 2014) with the U.S.P.S. as an RCA, down here with me and my uprooted family. I wasn't down here for more than a year when my mother had accidently burnt down our house while cooking fried chicken and we were forced to find temporary living arrangements until they could rebuild the house, so my mom and sister had found a house they could lease for six months and my kids and I leased a house on Augustine Rd. for a year. I became a Local Union Steward for my office in December of 2016, this is when I began being targeted by my management the more and more I attempted to conduct Union business on the workroom floor. All the way up to my being discriminated against, bullied, and harassed by this crackpot team of management at this office who have been allowed and tolerated to do so, by everyone who is too afraid of retaliation to speak up.

On the morning of Tuesday April 17, 2018, I arrived at work for my scheduled route 113 (that day) start time of 7:00 A.M. There had been some road work in that area, so some of the mail (in which couldn't be delivered the day before) was waiting at the case (in which I've never personally been in before) for me. I was having an excellent day all morning even though I had Red Plum, DPS, and an EDDM to take on the side for the day. Around 10:00 A.M., I was about 45 minutes to an hour from pulling down the route when the dispatch of parcels was announced. I went to retrieve my parcel hamper and proceeded to go back to my case in the safe fashion in which I've done safely and professionally for the past 10 and a half years.

I'm almost to my case (rounding the corner around the hot case letters) when I hear someone in a nasty scolding tone yell my name from across the workroom floor. I looked back and seen Samantha De La Cruz staring at me with a nasty look on her face while shaking her head back and forth (as if I should know what was meant by this action against me). Based on the fact that Samantha De La Cruz had previously (on another date) gotten a nasty attitude with me when I attempted to address a safety concern to her (being that she is the safety ambassador and that I had also previously (on even another date) spoken with her about how unsafe it is for carriers to be out on the street delivering mail after they've been ridiculed and/or yelled at by their management) and I already (on this other date) had complained to SCS Richard Bennett about her attitude towards me (in which it only got worse afterwards), I went to SCS Derek McLain this time to complain about her nasty attitude again when she screamed my name across the workroom floor at me. Before Derek could even respond to my complaint, SCS Richard Bennett made it a point to rudely interrupt my complaint to SCS Derek McLain.

SCS Richard Bennett was instigating and egging on the problem by bullying my complaint to SCS Derek McLain against Samantha's screaming at me, by harassingly insisting that I should've just done whatever Samantha (another RCA with less seniority than me) was supposedly telling me not to do. At

this point (when management refuses to defend my employee rights) I'm left attempting to defend my own employee rights against my oppressive dictator of an egotistical management, who tyrannically perpetrates (against me) making matters worse terrorizing my livelihood, by making fraudulent claims against me to terminate my employment. So, I reply to Richard Bennett that her thinking I'm unsafe would have to be discrimination as to the ways I perform my duties is to accommodate my vertical handicap, demonstrating how taller employees are moving faster than me (because they have a longer leg span than I) by taking long steps back to my case. Upon returning to my case I looked to the left and seen my main manager Margaret "Peggy" Findley and Postmaster Debbie Draga (who isn't normally at our branch, but just so happened to be there to their convenience for their motive/agenda) come out of the office on a mission to discipline me, no matter what the situation was.

I walked back over to Derek at his desk and said here they come out to discipline me, when Samantha was the one who screamed at me in the first place. That's when Samantha decided it was a good idea to show her ass in front of the Postmaster by screaming and yelling at me in synch with Richard Bennett that I'm conducting myself unsafely (by doing my job the way I've done it for over a decade) and not following instructions. I was the bigger person when I walked away back to my case and Derek insisted on following me back to my case as if I needed to be calmed down, after they escalated the situation (Derek for allowing Richard to have a negative attitude towards me (without speaking up to Richard) while I was complaining about being harassed, and Richard for continuing to harass me knowing I've already complained about being harassed) instead of correcting Samantha's actions against me. So, I told Derek I'm going outside on a break to get some fresh air and proceeded to go out the exit closest to my case, when the wind blew the door shut with such force that they even tried accusing me of slamming the door.

When I came back in Derek approached me again, so I told him that if they were going to continue to violate my employee rights then they might as well send me home. That's when he told me to go home, so I proceeded back to my case to collect my belongings in my effort to go home. The entire way to my case and back Postmaster Draga is bullying me at every step, insisting and demanding things ( I really couldn't understand what she was asking for as to she was yelling at me, and as a grown man who had childhood issues of being yelled at every day and night by my maternal Grandmother (whom raised me from the age of 3 until I moved out on my own at age 18), I wasn't acknowledging her choice to verbally assault me with her harassing bigotry) in her effort to make me feel worse and more threatened by her (when I came back to work after February 7th of this year Debbie Draga made it a point to threaten me on February 27, 2018 "That if it had been her I wouldn't have been placed back to work, insisting that my attitude must've changed in order for me to be back, and that if anything else happens that I would be gone"). I was Already following the order to go home (when all I did was complain about being yelled at, then get ridiculed and harassed, to then be accused of fraudulent claims in which I'm not guilty of), so I chose to ignore her narcissistic behaviors towards me the entire time ( especially since she had no first-hand knowledge in what was even going on, to automatically treat me as if I'm guilty of whatever they want to say against me).

Postmaster Draga had Derek walk me off the premises, where again he tried to give me another order to give him my badge. I told him that if I were to follow any order given after my order to go home, but I made sure to give him my arrow key (in which they weren't concerned about at all). Another thing they weren't concerned about was the fact that Patricia Redmond (the regular carrier for

route 117) was screaming and cursing all morning in the case next to me (and even though SCS Richard Bennett chose to ignore her conducting herself unprofessionally (as they claim I was), I chose to say something to her in front of him in an effort to calm her down (previous to 10:00 A.M. of course)), which shows how disparately they've treated me in their actions against me.  To prove how fraudulent their claims are against me I'll give you this example to show just how dishonest and untrustworthy this management team really is: They claim they had to hire a postal inspector to deliver the letter for my investigative interview due to my fellow co-workers not feeling safe going to my personal residence, when the very next day the regular carrier for my residence (Christine Carey) was not feeling unsafe going to my personal residence, when she had me sign for my letter that I was being put back on emergency placement (whereas the last time I was on emergency placement I was told this same lie about Christine Carey feeling to unsafe to go to my personal residence).

     In conclusion, all of this just goes to show and prove their incompetence (once again), when it comes to addressing complaints from employees (who feel their rights have been violated), using fraud, ridicule, and even cruel & unusual punishment to retaliate against them for doing so.  Furthermore, to use me as an example for other employees to fear retaliation if they complain about the workplace harassment creating a hostile working environment, as I have done.  For them to deflect my complaints back onto me as if I were the one with the title and the resources to get away with bullying them is oxymoronic at best, even if that were my intentions (which of course it's not).  I was previously convinced that they had targeted me for this harassment because I was the Local Union Steward (at that time) and it was my duty to present management with problems and complaints in the office; however, since being back to work I've stepped down from Union Stewardship (in an effort to not have to interact with management on a daily basis anymore, so they couldn't continue to try to act like me doing my duties was conducting myself in an unsafe and/or unprofessional manner) and yet they still insist and persist on nit picking every handicap I utilize is the latter, without so much as to having any evidence, facts, and/or proof to back up their fraudulent claims against me.

     The following document was penned on 05/15/2018 and is entitled "Defending My Job From Fraud". It's basically my defense against they're fraudulent claims against my employment:

To whom it may concern;

     This Notice of Removal is an insult to my intelligence, a mockery of justice, as well as a hypocritical spiteful retaliation against my employment with the United States Postal Service. It's lunacy at best to deflect my complaint of workplace bullying/harassment back onto me as if I created the hostile workplace environment (in which I was already complaining about to them) by neglecting to do anything about my complaints (not even acknowledging them) but creating their own fictitious narrative of complaints about me, to do something about them.  I have documented case filings from myself on these complaints from over the past 13 months in which still have gone unresolved (except for them retaliating on me for doing so), even though my actions are Federally protected actions, while theirs are fraudulent.  To defend myself from all their fraudulent claims against me I will refer to my document on the events of April 17, 2018, in which is below this paragraph.  I was being screamed and yelled at, none of it was instructing me to lower my voice or to cease yelling and cursing as to I wasn't guilty of doing so. I was only instructed to leave once, which was after I came back in from taking a short break from the harassment, never yelling screaming or cursing, even though they were provoking me by them screaming yelling and cursing at me on top of treating me as if I were unsafe.  The way they disparately

handled my complaint (as opposed to their own false complaints) undermines the trust that exists between the employee and the employer and is detrimental to the morale in the office and the mission of the Postal Service. I do not believe any other action than them having to go through what I've been put through by their fraud would serve to sanction them and find that their removal is excessively warranted.

My name is Stephen W. Counts, Jr., a single father raising two teenagers on my own since they were toddlers, while paying child support for a third child (who lives in Ohio) without any child support coming in for the first two, whose so economically disadvantaged that I was forced to move in with my mother in Spring Hill, Florida from Columbus, Ohio. Fortunately, I was able to transfer after six and a half years (back in June of 2014) with the U.S.P.S. as an RCA, down here with me and my uprooted family. I wasn't down here for more than a year when my mother had accidently burnt down our house while cooking fried chicken and we were forced to find temporary living arrangements until they could rebuild the house, so my mom and sister had found a house they could lease for six months and my kids and I leased a house on Augustine Rd. for a year. I became a Local Union Steward for my office in December of 2016, this is when I began being targeted by my management the more and more I attempted to conduct Union business on the workroom floor. All the way up to my being discriminated against, bullied, and harassed by this crackpot team of management at this office who have been allowed and tolerated to do so, by everyone who is too afraid of retaliation to speak up.

On the morning of Tuesday April 17, 2018, I arrived at work for my scheduled route 113 (that day) start time of 7:00 A.M. There had been some road work in that area, so some of the mail (in which couldn't be delivered the day before) was waiting at the case (in which I've never personally been in before) for me. I was having an excellent day all morning even though I had Red Plum, DPS, and an EDDM to take on the side for the day. Around 10:00 A.M., I was about 45 minutes to an hour from pulling down the route when the dispatch of parcels was announced. I went to retrieve my parcel hamper and proceeded to go back to my case in the safe fashion in which I've done safely and professionally for the past 10 and a half years.

I'm almost to my case (rounding the corner around the hot case letters) when I hear someone in a nasty scolding tone yell my name from across the workroom floor. I looked back and seen Samantha De La Cruz staring at me with a nasty look on her face while shaking her head back and forth (as if I should know what was meant by this action against me). Based on the fact that Samantha De La Cruz had previously (on another date) gotten a nasty attitude with me when I attempted to address a safety concern to her (being that she is the safety ambassador and that I had also previously (on even another date) spoken with her about how unsafe it is for carriers to be out on the street delivering mail after they've been ridiculed and/or yelled at by their management) and I already (on this other date) had complained to SCS Richard Bennett about her attitude towards me (in which it only got worse afterwards), I went to SCS Derek McLain this time to complain about her nasty attitude again when she screamed my name across the workroom floor at me. Before Derek could even respond to my complaint, SCS Richard Bennett made it a point to rudely interrupt my complaint to SCS Derek McLain.

SCS Richard Bennett was instigating and egging on the problem by bullying my complaint to SCS Derek McLain against Samantha's screaming at me, by harassingly insisting that I should've just done whatever Samantha (another RCA with less seniority than me) was supposedly telling me not to do. At this point (when management refuses to defend my employee rights) I'm left attempting to defend my

own employee rights against my oppressive dictator of an egotistical management, who tyrannically perpetrates (against me) making matters worse terrorizing my livelihood, by making fraudulent claims against me to terminate my employment. So, I reply to Richard Bennett that her thinking I'm unsafe would have to be discrimination as to the ways I perform my duties is to accommodate my vertical handicap, demonstrating how taller employees are moving faster than me (because they have a longer leg span than I) by taking long steps back to my case. Upon returning to my case I looked to the left and seen my main manager Margaret "Peggy" Findley and Postmaster Debbie Draga (who isn't normally at our branch, but just so happened to be there to their convenience for their motive/agenda) come out of the office on a mission to discipline me, no matter what the situation was.

I walked back over to Derek at his desk and said here they come out to discipline me, when Samantha was the one who screamed at me in the first place. That's when Samantha decided it was a good idea to show her ass in front of the Postmaster by screaming and yelling at me in synch with Richard Bennett that I'm conducting myself unsafely (by doing my job the way I've done it for over a decade) and not following instructions. I was the bigger person when I walked away back to my case and Derek insisted on following me back to my case as if I needed to be calmed down, after they escalated the situation (Derek for allowing Richard to have a negative attitude towards me (without speaking up to Richard) while I was complaining about being harassed, and Richard for continuing to harass me knowing I've already complained about being harassed) instead of correcting Samantha's actions against me. So, I told Derek I'm going outside on a break to get some fresh air and proceeded to go out the exit closest to my case, when the wind blew the door shut with such force that they even tried accusing me of slamming the door.

When I came back in Derek approached me again, so I told him that if they were going to continue to violate my employee rights then they might as well send me home. That's when he told me to go home, so I proceeded back to my case to collect my belongings in my effort to go home. The entire way to my case and back Postmaster Draga is bullying me at every step, insisting and demanding things ( I really couldn't understand what she was asking for as to she was yelling at me, and as a grown man who had childhood issues of being yelled at every day and night by my maternal Grandmother (whom raised me from the age of 3 until I moved out on my own at age 18), I wasn't acknowledging her choice to verbally assault me with her harassing bigotry) in her effort to make me feel worse and more threatened by her (when I came back to work after February 7th of this year Debbie Draga made it a point to threaten me on February 27, 2018 "That if it had been her I wouldn't have been placed back to work, insisting that my attitude must've changed in order for me to be back, and that if anything else happens that I would be gone"). I was Already following the order to go home (when all I did was complain about being yelled at, then get ridiculed and harassed, to then be accused of fraudulent claims in which I'm not guilty of), so I chose to ignore her narcissistic behaviors towards me the entire time ( especially since she had no first-hand knowledge in what was even going on, to automatically treat me as if I'm guilty of whatever they want to say against me).

Postmaster Draga had Derek walk me off the premises, where again he tried to give me another order to give him my badge. I told him that if I were to follow any order given after my order to go home that then I would be in violation of the first order (which they claim I'm in violation of) to go home, but I made sure to give him my arrow key (in which they weren't concerned about at all). Another thing they weren't concerned about was the fact that Patricia Redmond (the regular carrier for route 117) was screaming and cursing all morning in the case next to me (and even though SCS Richard

Bennett chose to ignore her conducting herself unprofessionally (as they claim I was), I chose to say something to her in front of him in an effort to calm her down (previous to 10:00 A.M. of course)), which shows how disparately they've treated me in their actions against me.  To prove how fraudulent their claims are against me I'll give you this example to show just how dishonest and untrustworthy this management team really is: They claim they had to hire a postal inspector to deliver the letter for my investigative interview due to my fellow co-workers not feeling safe going to my personal residence, when the very next day the regular carrier for my residence (Christine Carey) was not feeling unsafe going to my personal residence, when she had me sign for my letter that I was being put back on emergency placement (whereas the last time I was on emergency placement I was told this same lie about Christine Carey feeling to unsafe to go to my personal residence).

In conclusion, all of this just goes to show and prove their incompetence (once again), when it comes to addressing complaints from employees (who feel their rights have been violated), using fraud, ridicule, and even cruel & unusual punishment to retaliate against them for doing so.  Furthermore, to use me as an example for other employees to fear retaliation if they complain about the workplace harassment creating a hostile working environment, as I have done.  For them to deflect my complaints back onto me as if I were the one with the title and the resources to get away with bullying them is oxymoronic at best, even if that were my intentions (which of course it's not).  I was previously convinced that they had targeted me for this harassment because I was the Local Union Steward (at that time) and it was my duty to present management with problems and complaints in the office; however, since being back to work I've stepped down from Union Stewardship (in an effort to not have to interact with management on a daily basis anymore, so they couldn't continue to try to act like me doing my duties was conducting myself in an unsafe and/or unprofessional manner) and yet they still insist and persist on nit picking every handicap I utilize is the latter, without so much as to having any evidence, facts, and/or proof to back up their fraudulent claims against me.

**United States of America**

**Equal Employment Opportunity Commission**

**Miami District Office**

**Hearings Unit**

| | |
|---|---|
| Stephen W. Counts Jr., | EEOC No. 510-2019-00130X |
| Complainant, | Agency No. 4G-335-0043-18 |
| | Kimberly A. Greeenleaf |
| v. | Administrative Judge |

Louis DeJoy, Postmaster General,

United States Postal Service,

Agency.                                    Date: September 12, 2021

### APPEAL OF THE DECISION AND ORDER GRANTING

### MOTION FOR SUMMARY JUDGMENT

First off, I'm rehashing the final debate scene of the film "The Great Debaters" where the Wiley College Vs. Harvard University debate resolved that civil disobedience is a moral weapon in the fight for justice. "In Texas, they lynch negroes. My teammates and I saw a man strung up by his neck and set on fire. I looked at my teammates. I saw the fear in their eyes, and worse the shame. What was this negro's crime that he should be hung, without trial, in a dark forest filled with fog? Was he a thief? Was he a killer? Or just a negro? Was he a sharecropper? A Preacher? Were his children waiting up for him? And who were we to just lie there and do nothing? No matter what he did the mob was the criminal, but the law did nothing. Just left us wondering why. My opponent says, 'nothing that erodes the rule of law can be moral.' But there is no rule of law in the Jim Crow South. Not when negroes are denied housing, turned away from schools, hospitals, and not when we are lynched. Saint Augustine said, 'An unjust law is no law at all,' which means I have a right, even a duty, to resist with violence or civil disobedience. You should pray I choose the latter."-James Farmer, Jr.

I started with this reference for several reasons, the first of which is that this all started when I transferred down south of the Mason-Dixon Line here where I was met with discrimination from the jump by almost everyone as if they themselves were all parts of an interwoven Ku-Klux-Klan lynch mob of the USPS. There's a real conflict of interest going on when what and how I was trained to be efficient at delivering a rural route of mail in Ohio suddenly is the focus of their discriminative attitudes towards

my mastery of the rural craft down here in Florida. They consistently and constantly were sending co-workers to provoke fights and violence upon me, which went proven ineffective repeatedly, as violence isn't in my character. It took a dozen different racist co-workers lies, combined with the lies of several supervisors, and a manager with the help of the head Bigot in Charge Postmaster Draga. I never knew mastering my craft better than those I work with and for would cause this much jealousy and hatred, as if they couldn't learn from anyone else. No matter what is decided they are who is wrong, and not the law nor the EEOC will stop them from throwing whomever they feel like under the bus for petty of reasons like being trained by the academy in another State. Even though Peggy threatened me that if I didn't stop revealing the truth about them violating employees' rights while I was the Union steward, that she would get me in trouble and no one would care about me, I still persevered with resilience. Even though I still hear employees talking about how the managers snicker behind closed doors about how they use me as an example to scare their employees away from filing paperwork on them, as they'll keep trying to fire you in retaliation as they've done to me for filing on them. So, this decision sets precedence which holds managers above employees in a cut-throat work environment where you must start as an employee to become a manager (oxymoron).

You see, if it wasn't for the initial attitude I received down here from my fellow staffers and the continual harassment of the way I was trained to do my job in another State by the same USPS Academy, none of these people would've had any problems at all with me. Being that this attitude towards me came from the top and was entertained by all supervisors as well as fearful lowly employees, which resulted in the Klan Lynch Mob mentality towards me, in effect is why I'm still fighting to get my job back as justice demands. In fact, they deliberately & blatantly kept me from training anyone for five years due to it. Right now I would be delivering my own regular route (as I was awarded a career route while on discipline, after working almost 12 years to achieve), I wouldn't have had ever lost almost four years of employment, I wouldn't have had to endure years of pain and suffering that come with the motions of being railroaded by not only the USPS but the NRLCA & the EEOC, and I wouldn't have to appeal to the Equal Employment Opportunity Commission to seek Justice when I have repeatedly proven my cases of discrimination to all ears whom are bold enough to have a heart to hear me. I beg you to reconsider your decision for Justice's sake in my humble appeal of your decision. I also am doubling my last settlement amount from $100,000.00 to $200,000.00 with my career route back at the USPS that was being held in abeyance for me, as the time has almost doubled since I last asked for Justice from you.

Stephen W. Counts, Jr.

Complainant

Email: scounts2.scj@gmail.com

Telephone: (614) 205-0334

"Oh, you thought you were going to get paid to go back out!"

First off, I'd like to start with a history lesson, which is archived with the National Postal Museum Located in Washington, D.C. or on the web @ postalmuseum.si.edu

History Lesson: "Before the introduction of home mail delivery, slaves carried letters to and from the post office. Slave carried mail is usually identified by a notation – called an endorsement – that also served as a travel pass. These mail messengers could be an important source of news if they overheard discussions during their travels. Slaves sometimes carried letters directly to the recipient, bypassing the postal system entirely. This was often the case when the letter was accompanied by a parcel, since post offices did not handle domestic package mail until 1913."

With that being sited I would like to address the issue at hand (which is my employee and civil rights were violated when Pete got in my face on the workroom floor, creating a hostile work environment), by explaining the details of this incident from my perspective (I do have a separate document which summarized the events of the incident, but isn't included here.) This incident occurred on December 6, 2014, when upon return to the unit I was asking Pete for an auxiliary time card for the purpose of getting paid to be sent back out again. This is when Pete stopped helping the clerk throw parcels, walked from the parcel setup area to his desk, but while passing me got in my face to racially slur at me "Oh, you thought you were going to get paid to go back out!" Not only was he belittling me he was undermining my intelligence with his condescending tone, and when I walked over to his desk to ask where the EEO's info was posted in the office he immediately got defensive, making me out to be the one who was improperly conducting myself in efforts to cover his own rear.

As a Human first and then a Rural Carrier Associate for the United States Postal Service second, I treat people (no matter their title or background) the way I would want to be treated by others. When Pete got in my face to imply that I would be going back out and not getting paid for it, he was treating me like the slave being sent directly to the recipient, bypassing the postal system completely. I do not believe his actions against me (because of this incident) are justifiable when all I did to improperly conduct myself was have a poor reaction to him improperly conducting himself in my face, by being non-hostile and taking care of the incident in the correct manner using the official routes. My mind operates in a rational manner, but when provoked by an irrational action taken towards me by an oppressive tyrannical disrespectful supervisor, I tend to take it personal and will not tolerate it (especially from an employer), when I know for sure it wouldn't be tolerated coming from me (if the roles were reversed).

The actual Letter of warning I received December 23, 2014 states "On 12/6/2014, you failed to conduct yourself in an appropriate manner and in a manner that would reflect favorably on the postal service as per the ELM: 665.16", which implies that my reaction (to his improper conduct) of proper course of action will not be tolerated by him when I call him out for violations of his conduct toward me.

The letter then reads "When asked to make a second trip to deliver parcels on R-83, you asked how you were going to be paid for it and if your time was going to be put on green card (PS Form 1234). When told that your time was part of your evaluation you became belligerent, acted in an unprofessional manner and caused a disturbance on the floor." I'm not here to argue semantics, but all I know is that his action of getting in my face to racially slur at me ("him telling me my time was part of my evaluation") created the disturbance on the floor, me standing up for my rights though verbal communication was my "becoming belligerent, acting in an unprofessional manner" The letter goes on to state that "An investigative interview was conducted with you on 12/10/2014, regarding the above cited incident. You failed to provide a satisfactory explanation for your actions." This is also incorrect as I provided a two page explanation summarizing the incident (similar to what I writing here, but written the night of the incident) with my union steward present during the investigative interview.

The letter then reads "Postal employees are expected to conduct themselves during and outside of working hours in a manner that reflects favorably upon the postal service. Employees are expected to maintain harmonious working relationships and not do anything that would contribute to an unpleasant working environment." Even though he disturbed the harmonious relationships adding to an already unpleasant working environment the letter states that "As indicated above, you have failed in this regard. Your actions are considered a serious offense. And are inconsistent with Part 665.16 of the *Employee and Labor Relations Manual* and will **not** be tolerated." This is exactly how I feel about his actions toward me, but however, he's a supervisor attempting to cover his own personal actions toward me by creating a web of deception to lead people to believe he never created a hostile working environment by getting in my face in front of others on the workroom floor to racially slur at me to do as he commanded without pay, surrendering all of my rights to his dictatorship ruling authority. These are the type of actions that would reflect unfavorably upon the postal service (as well as humanity), are considered a serious offense, and will not ever be tolerated by me and shouldn't be tolerated by the United States Postal Service as a means to treat their more efficient and intelligent employees to give off the impression that there isn't anything out there better than being treated like this by your employer in order to be employed here.

In Conclusion, I am seeking justice as a victim of wrongdoing in the workplace, whose main goal is to make this work, as I've worked as an R.C.A. for over seven years and never have I had a problem where anyone felt they had to slur in my face to provoke an irrational action out of me. The fear tactics being implemented in order to deter the fact that Pete created a hostile working environment is being masked by how I'm reacting to my rights being violated. I have already apologized in advance to Pete about my reaction to his actions toward me, but have yet to receive an apology or even an explanation as to why he treated me in the manner in which he did. I am willing to settle this dispute over this incident if I will no longer be subject to these types of measures by my employers (especially when the fault, accountability, liability, and guilty party are the captain of the ship for that day (which was Pete)).

Sincerely your Employee:

To whom it may concern:

I am Stephen Counts, Jr. an R.C.A. For the United States Postal Service since mid October of 2007. The first six and a half years were out of the Lincoln Village branch of the Westland station in Columbus, Ohio. This is where I learned to master the Rural craft, which mostly consisted of city routes, but had three separate branches in the same facility consisting of around a hundred routes. It wasn't until I transferred down to the Brooksville/Aviation Branch that I was welcomed with discriminatory remarks like "Oh, he's a troublemaker", and harassing looks that read "he don't belong here". Even all the way up to the Postmaster Mike's comment that "Don't they know I'm the Postmaster", with his fear inciting tone. Spreading fear is called terrorism.

Around the beginning of December 2014, a supervisor named Pete had answered my question about how I was to get paid for a second trip (Auxiliary time, or on Form 4240) by getting in my face to say "Oh, you thought you were going to get paid to go back out," creating a hostile work environment. In which I wasn't paid to go back out, but wasn't as concerned about my pay as I was about my rights being trample on. I apologized in advance during the I.I. For the way I had reacted to his answer based on him not finding me a shop steward or the phone number for E.E.O. My reaction was non-violent and non-threatening, I had just vented by expressing my opinions and objections toward this mismanagement too loudly on the floor. In which I was disciplined for, two days before Christmas.

I filed an E.E.O. Complaint on this disciplinary action against me for it was discriminatory in nature. By the end of the E.E.O. Mediation Millie had concluded that this was a miss communication. In which I didn't agree with, but was willing to settle if I were to no longer be subject to this targeting, and after Pete apologized, explained himself, and shortened my discipline. Before I could leave the room Millie made a snide remark that "this better not happen again" still implying I was in the wrong for standing up for my rights and what I believe to be true in my heart. I'm their employee not their slave, all I ask is to be treated with dignity and respect.

After all of this, I decided to become more proactive in my non-career position by nominating myself a Union Delegate for the 2015 State Convention, where the issue was brought up about 204b's treating employees unjustly. In the latter half of May 2015 Dawn (our 204b) told me "I couldn't have both" meaning (even though I was done for the day at 1:00P.M.), that my day wasn't finished until after my scheduled pickups at 3:30, suggesting for me not to start until 9:00A.M. because of my extended downtime. I was shocked that she was trying to pay me for over two hours of downtime I had not worked in efforts to push me over forty hours for the week. Pete came over to try and mediate the issue, concluding that I shouldn't start my scheduled Mondays until 9:00A.M. Knowing this (on June 22, 2015) Dawn is calling me at 8:30 asking if I can do both the auxiliary route and my scheduled route for the day. In which I agreed to with the stipulation that I wouldn't have time to do my pickups if I did this. Hinting at her that she can't have both, meaning having me start late (eliminating my downtime) and have time for me to help on another route.

I made it a point to have a conversation with Pete explaining that if they want my help on other routes on Mondays that they would have to let me start earlier to allow time for this. In which he denied, stating he can't predict needing my help for other routes on Mondays. He also told me that "if it was him he wouldn't have had me work both routes on a Monday." When I spoke with Mike our Assistant State Steward he informed me that if they tell me not to start until a certain time that I'm not to report until that stated time and that they are responsible for making the schedule as well as messing it up.

Here comes July 6, 2015 with Millie telling me I'm to take half of another route on top of my scheduled route knowing I don't start until 9:00A.M., seeing all of the extra work (being the day after a holiday), and giving my pickups to another carrier in attempts to accommodate her judgmental decision of pushing this overburdened amount of work on me. She didn't ask nor care if I would have time to make it by 5:00P.M. This was so spiteful toward my attempts made at preventing this from being an issue. I did what I was told without arguing and with a positive attitude. When I called in for help, Pete treated me as if I was trying to get out of helping, with his spiteful tone. I even curtailed flats brought on the side in order to make an effort at doing what I was told in a reasonable amount of time. Even the help they called in for me couldn't understand why they waited so late to call her. This was an intentional, deliberate, targeted (racist) act of retaliation against me with motive.

Even Though Pete told me he wouldn't have had me work two routes on a Monday, for me not to start until 9:00A.M., he still suggested to Millie the morning of July 6, 2015 to have me do it. If this isn't another case of miss management then I don't know what is. Even though we eliminated my down time by starting me later they still treat me as if I have all of this down time. Even though they wait until the smokers go on break to have a meeting, Pete still insists I was informed to come in early on the morning of the 6th, in which I wasn't, not even a week after we had our conversation where I was denied to start earlier than 9:00A.M. on Mondays. If Pete and/or Dawn didn't talk with Millie about our conversations (which is highly unlikely) on this issue, then they ineffectively led her on to believe I was capable of something I wasn't.

All other means used against me were intentional to draw attention away from me attempting to prevent this from happening as well as their miss management. They denied me the right to start at the same time everyone else starts at based on my being done too early for my pickups. This is because they don't want to pay me or anyone else actual time for these pickups when it's a part of this routes evaluation. Even though they will give my pickups away to another carrier when they expect me to do the impossible. Starting at 9:00A.M. on a Monday I'm not done until around 4:00P.M. This is six and a half hours with my half hour lunch. July 6, 2015, the day after a holiday, it took me seven hours with a half hour lunch, and curtailing flats I would've delivered on the side had I not been overburdened by this half of another route, which set me behind by almost an hour and a half.

Payroll was explained to me by a rural expert on the matter, from Gahana, Ohio. I was trained to not include any time from another route on the 4240 of the route your assigned to for the day. Not even to be included as part of the lunch portion of that 4240. The payroll will kick these errors out of the system for overlapping times from different routes on separate pay forms and won't be included in your pay. Also because it's considered double-dipping and is frowned upon among the U.S.P.S. as to it is falsifying that 4240. I was told to add my hours from other routes, then subtract that off of my time from the 4240, to not overlap my times from different routes. Despite what I've been taught to do, Pete insists I use my actual time on the Auxiliary pay form, even though it overlaps time from my 4240.

DATE   12/10/2014

OUR REF   SED:HR 34606

SUBJECT·   Letter of Warning – Improper Conduct

Stephen Counts Jr.
U S POSTAL SERVICE
Spring Hill, FL 34606

PAY LOCATION:   611
JOB TITLE·   Rural Letter Carrier
EIN·   04016405

This official disciplinary Letter of Warning is being issued to you for the following reason(s):

On 12/6/2014, you failed to conduct yourself in an appropriate manner and in a manner that would reflect favorably on the Postal Service as per the ELM: 665.16 When asked to make a second trip to deliver parcels on R-83, you asked how you were going to be paid for it and if your time was going to be put on a green card (PS Form 1234). When told that your time was part of your evaluation you became belligerent, acted in an unprofessional manner and caused a disturbance on the workroom floor.

An investigative interview was conducted with you on 12/10/2014, regarding the above-cited incident. You failed to provide a satisfactory explanation for your actions.

Postal employees are expected conduct themselves during and outside of working hours in a manner that reflects favorably upon the Postal Service. Employees are expected to maintain harmonious working relationships and not to do anything that would contribute to an unpleasant working environment. As indicated above, you have failed in this regard. Your actions are considered a serious offense, and are inconsistent with Part 665.16 of the *Employee and Labor Relations Manual* and will **not** be tolerated.

It is hoped that this official Letter of Warning will serve to impress upon you the seriousness of your actions and that future discipline will not be necessary. If you are having difficulties of which I may not be aware, or if you need additional assistance or instructions for improving your performance, please call on me or you may consult with your other supervisors and we will assist you where possible. However, I must warn you that future deficiencies such as outlined above will result in more severe disciplinary action being taken against you. Such action may include suspensions, reduction in grade and/or pay or removal from the Postal Service.

You may appeal this Letter of Warning in accordance with article 15 of the National Agreement within fourteen (14) days from the date you receive this letter.

*Ken Mascio for*

**Peter Sbashnig**
**Supervisor Customer Services**
MCS: Millie Bautista

I received the original of this letter on this date

Signature _____   date   12-23-14

# UNITED STATES POSTAL SERVICE ®
U.S. Postal Service®

## Information for Pre-Complaint Counseling

| Certified Mail No. | Date Mailed | or | Hand Delivered on |
|---|---|---|---|
| By *(Initials)* | Case No. | | |

Reference: PRE-007983-2015

On __1/5/2015__ , you requested an appointment with a Dispute Resolution Specialist.
*(Month, Day, Year)*

**Important: Please read.** You should complete this form and return it to the EEO office within 10 calendar days of receipt. This is the only notification that you will receive regarding the necessity for you to complete this form.

### A. Requester Information

Name *(Last, First, MI)*
Counts, Jr. Stephen W

SSN or EIN
C4016405

Home Telephone No.
(614)205-0334

Your Mailing Address *(Street or P.O. Box, City, State and ZIP+4®)*
2250 Lema Dr Spring Hill, Fl. 34609

Finance No.
11-1126

Name of Postal Facility Where You Work
Brooksville/Aviation Branch

Office Telephone No.
(352) 796-8525

Address of Postal Facility *(Street or P.O. Box, City, State and ZIP+4)*
1615C Aviation Loop Dr.

E-mail Address *

Employment Status *(Check One)*
☐ Applicant   ☐ Casual   ☐ TE   ☐ Career
☐ Postal Support Employee (PSE)

Position Title
Rural Carrier Associate (RCA)

Grade Level
05/Y

| Pay Location | Tour | Duty Hours | Off Days *(If Tour I, Show Nights Off)* | Time in Current Position |
|---|---|---|---|---|
| 604 | | | | 7 Years   3 Months |

Your Supervisor's Name
Ken Mascio

Supervisor's Title

Supervisor's Telephone No.
(352) 799-7869

*Providing this information will authorize the U.S. Postal Service® to send you important documents electronically.

### B. Discrimination Factors

Prohibited discrimination includes actions taken based on your *Race, Color, Religion, Sex, Age (40+), National Origin, Physical and/or Mental Disability, Genetic Information, or in Retaliation* for your participation in protected EEO activity. These categories are referred to on this form as factors.

What factor(s) of discrimination are you alleging? (Please be specific, i.e., Race-African American, Sex-Female).

Slave master racist classist slur in my face on the workroom floor.

**For Retaliation Allegations Only.** If you are alleging retaliation discrimination, provide the date(s) and specifics of the protected EEO activity that you feel caused you to be retaliated against.

1. On _____ , I engaged in EEO activity. Case No.: _____
   *(Month, Day, Year)*

2. On _____ , I engaged in EEO activity. Case No.: _____
   *(Month, Day, Year)*

### C. Description of Incident/Action

Please use the space below to briefly describe the incident or action that prompted you to seek EEO counseling at this time.

On __12-06-2014__ , 20_14_
  *Month, Day*   *Year*

On the above referenced date I was being sent out on a second parcel run (in which I was all for), but when I asked for an auxiliary time Card Peter Sbashnig slurred in my face on the workroom floor "Oh, you thought you were going to get paid to go back out." On 12-10-2014 he has an I.I. with me, alleging I improperly conducted myself. I explained that what he did created a hostile work environment. On 12-23-2014 I recieve a letter of warning in which I'm grieving.

PS Form **2564-A**, March 2012 (Page 1 of 3)

## D. Comparisons

Explain why, based on the factors you cited in Section B, you believe that you were treated differently than other employees or applicants in similar situations.

**1.**

_(Name of Employee)_           _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_

was treated differently than I when:

**2.**

_(Name of Employee)_           _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_

was treated differently than I when:

**3.**

_(Name of Employee)_           _Factor(s) that describe the employee, i.e., sex (male), National Origin (Hispanic)_

was treated differently than I when:

## E. Official(s) Responsible for Action(s)

List the name(s) of the official(s) who took the action which prompted you to seek counseling at this time.

| 1a. Name Peter Shashnig | b. Title Manager |
| c. Office Spring Hill | d. Grade Level |
| 2a. Name Millie Bautista | b. Title MCS |
| c. Office Spring Hill | d. Grade Level |

_Retaliation Allegations Only:_ Was/were the official(s) listed in Section E above aware of your participation in protected EEO activity?

☐ No  ☐ Yes  If yes, explain how  the official(s) became aware:

## F. Resolution

What are you seeking as a resolution to your pre-complaint?

Discipline or demotion

## G. Grievance/MSPB Appeal

On the incident that prompted you to seek EEO counseling, have you:

1. Filed a grievance on the same issue?  ☐ No  ☒ Yes  If yes, 01-06-2015 _(Date)_  / _(Current Step)_

2. Filed an MSPB appeal on this issue?  ☒ No  ☐ Yes  If yes, _(Date Appeal Filed)_

3. Filed an appeal under Section 650 of the _Employee and Labor Relations Manual_ (ELM)?  ☒ No  ☐ Yes  If yes, _(Date Appeal Filed)_

PS Form **2564-A**, March 2012 _(Page 2 of 3)_

## H. Anonymity

You have the right to remain anonymous during the pre-complaint process.

Do you desire anonymity?    ☑ No    ☐ Yes

## I. Representation

You have the right to retain representation of your choice. *(check one)*

☑ I waive the right to representation at this time.    ☐ I authorize the person listed below to represent me.

| Name of Representative | Representative's Title | |
|---|---|---|
| Organization | Telephone Number<br>(    ) | E-mail Address * |

Mailing Address *(Street or P.O. Box, City, State and ZIP+4)*

* Providing this information will authorize the U.S. Postal Service to send your representative important documents electronically.

## J. Documentation

Please attach any documentation you wish to submit to support your allegation(s). Include a copy of any written action(s) that caused you to seek counseling at this time.

## K. Privacy Act Statement

**Privacy Act Statement:** Your information will be used to adjudicate complaints of alleged discrimination and to evaluate the effectiveness of the EEO program. Collection is authorized by 39 U.S.C. 401, 409, 410, 1001, 1005, and 1206. Providing the information is voluntary, but if not provided, we may not be able to process your request. We may disclose your information as follows: in relevant legal proceedings; to law enforcement when the U.S. Postal Service® (USPS®) or requesting agency becomes aware of a violation of law; to congressional office at your request; to entities or individuals under contract with USPS; to entities authorized to perform audits; to labor organizations as required by law; to federal, state, local or foreign government agencies regarding personnel matters; to the Equal Employment Opportunity Commission; and to the Merit Systems Protection Board or Office of Special Counsel. For more information regarding our privacy policies, visit *www.usps.com/privacypolicy.*

## L. Authorization

I am aware that the claim(s) contained herein shall by-pass the pre-complaint process *if* like or related to a formal complaint that I have already filed, or *if* the claim(s) constitutes a spin-off complaint. (A spin-off complaint contests the manner in which a previously filed complaint is being processed.) In completing this PS Form 2564-A, *Information for Pre-Complaint Counseling,* I recognize that the Manager, Dispute Resolution will review the claim(s) contained herein and determine how they shall be processed. I will be notified, in writing, if the Manager determines that my claim(s) shall be processed as amendments or appendages to a formal complaint that I have already filed.

Please print your name here

Stephen W. Counts, Jr.

| Your Signature | Date signed |
|---|---|
| *[signature]* | 01-12-2015 |

Please return this form to:

NEEOISO - EEO CONTACT CENTER
U.S. POSTAL SERVICE
PO BOX 21979
TAMPA FL 33622-1979

EEO 1

- Peggy flat out admitted she was discriminating against me training new hires because "the way I do my job isn't allow at her office." after lying about not having any reason to discriminate against me.

- Peggy

EEO 2

- Postmaster Chris Frisco denies me getting help on R146 when broke down 2x in my own vehicle Friday May 5, 2017 changed vehicles 2x and had a 2nd Run @ 5:00PM of a whole Nutting truck full of Parcels and 23 certifieds. Then gave help the next day to another RCA who brakes down in his own vehicle the very next day.

EEO 3

Was told Monday May 1st I would be being put on the schedule for R146 on Mondays because I'm next in line as to the RCA can't work Monday from the Matrix. However Monday 5-8-17 they have another RCA Chris Sullivan who is under me is seniority on the schedule for R146. I notice on Sunday 5-7-17 and try to have it changed



# NATIONAL RURAL LETTER CARRIERS' ASSOCIATION

## SETTLEMENT FORM
### Step 1 or Step 2

☐ Step 1 Discussion

☐ Step 1 Meeting

☐ Step 2 Meeting                     GATS # _____

Grievant: Stephen Counts, Jr. Employee ID # 04016405

Office: Aviation                        Route # _____

Nature of Grievance: RCA's sorting Parcels for creating own Amazon Routes Date: _____

☐ Postmaster  ☐ Designee: _____

Union Steward: Stephen Counts, Jr.

Title: _____

**Grievance is settled as follows:**

The NRLCA & the USPS agree that RCA's will not
do the clerk work of sorting parcels for creating
Amazon Routes to deliver

This settlement is made in good faith without prejudice to either parties' position and is not to be cited in any future, similar grievance involving other employees.

_____              Date: 5/3/2017
Postmaster/Designee Signature

_____              Date: 5/3/2017
Union Steward Signature

cc: File                                NRLCA/ November 2012

**UNITED STATES POSTAL SERVICE ®**

## USPS-NRLCA Joint Step 1 Grievance Form

| 1a. Grievant's Name (Last, first, middle initial) | 1b. Grievant's EIN (Employee Identification Number) |
|---|---|
| Counts, Jr. Stephen W. | 0406405 |

| 1c. Grievant's Title, Designation Code, and Route No. | 1d. Telephone No. (include area code) |
|---|---|
| R.C.A | (619) 205-0534 |

**1e. Grievant's Mailing Address**
2250 Lema Dr.

| 2a. Post Office | 2b. Branch/Station | 2c. Telephone No. (include area code) |
|---|---|---|
| Aviation/Brooksville | Aviation | (352) 799-7864 |

| 3a. Date of Incident | 3b. Date of Step 1 Discussion with | 3h. Was Grievance Timely? (Explain) |
|---|---|---|
| 6-19-17 | 6-20-17 | Yes |

**4. Issue (Complaint)** Management violated Article 30 of the Agreement between the United States Postal Service and the National Rural Letter Carriers' Association when they crossed out my time on my 4240 to say I split an Overburdened Rt. in when I delivered the whole Rt in under evaluation (except for a 2nd Parcel Run I wasn't given the option of doing

**5. Contract Provisions (Articles at Issue)**

**6. Full, Detailed Statement of Undisputed Facts (Attachments, as necessary)**

**7. Management's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**8. Management Contentions**

**9. Union's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**10. Union Contentions**

**11. Remedy Sought by the Union**

| 12a. Disposition (Check one) <br> ☐ Settled ☐ Denied ☐ Withdrawn ☐ Sustained ☐ Other (Specify) | 12b. Date of Disposition |
|---|---|
| **13. Signature of Installation Head or Designee and Telephone No.** | **14. Signature of Union Step 1 Official and Telephone No.** |

PS Form 8191, March 2007

**UNITED STATES POSTAL SERVICE** ® | **USPS-NRLCA Joint Step 1 Grievance Form**

| 1a. Grievant's Name (Last, first, middle initial) | 1b. Grievant's EIN (Employee Identification Number) |
|---|---|
| Counts, Jr. Stephen W. | 0406405 |
| **1c. Grievant's Title, Designation Code, and Route No.** | **1d. Telephone No. (Include area code)** |
| R.C.A. | (614)205-0334 |

| 1e. Grievant's Mailing Address |
|---|
| 2250 Lema Dr. Spring Hill, Fl. 34609 |

| 2a. Post Office | 2b. Branch/Station | 2c. Telephone No. (Include area code) |
|---|---|---|
| Brooksville | Aviation | (352)799-7969 |

| 3a. Date of Incident | 3b. Date of Step 1 Discussion with | 3c. Was Grievance Timely? (Explain) |
|---|---|---|
| 7-20-17 | 7-20-17 | Yes |

**4. Issue (Complaint)** Management violated Article 30 of the Agreement between the United States Postal Service and the National Rural letter Carriers' Association when they sheeduled me to split the Overburdened Rt M8 on a Tuesday, Knowing I could've made the evaluation

**5. Contract Provisions (Articles at Issue)**

**6. Full, Detailed Statement of Undisputed Facts (Attachments, as necessary)**

**7. Management's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**8. Management Contentions**

**9. Union's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**10. Union Contentions**

**11. Remedy Sought by the Union**

| 12a. Disposition (Check one) ☐ Settled ☐ Denied ☐ Withdrawn ☐ Sustained ☐ Other (Specify) | 12b. Date of Disposition |
|---|---|
| **13. Signature of Installation Head or Designee and Telephone No.** | **14. Signature of Union Step 1 Official and Telephone No.** |

PS Form 8191, March 2007

**UNITED STATES POSTAL SERVICE®**

**USPS-NRLCA Joint Step 1 Grievance Form**

| 1a. Grievant's Name (Last, first, middle initial) | 1b. Grievant's EIN (Employee Identification Number) |
|---|---|
| Counts, Jr. Stephen W. | 04016405 |

| 1c. Grievant's Title, Designation Code, and Route No. | 1d. Telephone No. (include area code) |
|---|---|
| R.C.A. | (614) 205-0334 |

| 1e. Grievant's Mailing Address |
|---|
| 2250 Lema Dr. Spring Hill, Fl. 34609 |

Brooksville/Aviation

| 2a. Post Office | 2b. Branch/Station | 2c. Telephone No. (include area code) |
|---|---|---|
| Aviation | Aviation | (352) 799-7869 |

| 3a. Date of Incident | 3b. Date of Step 1 Discussion with | 3c. Was Grievance Timely? (Explain) |
|---|---|---|
| 2-5-2017 | 2-5-2017 | Yes same day of incedent |

**4. Issue (Complaint)**

Why am I an R.C.A. being required to do Clerk work, sorting out zips off packages to make my own line of travel up when thats in the clerk duties not the R.C.A. Duties? And then told to go home when Questioning the issue

**5. Contract Provisions (Articles at Issue)**

**6. Full, Detailed Statement of Undisputed Facts (Attachments, as necessary)**

**7. Management's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**8. Management Contention**

cease and desist having RCA's sort Parcels

**9. Union's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**10. Union Contentions**

Agrees with management

**11. Remedy Sought by the Union**

Settlement

| 12a. Disposition (Check one) ☑ Settled ☐ Denied ☐ Withdrawn ☐ Sustained ☐ Other (Specify) | 12b. Date of Disposition 5-3-17 |
|---|---|

| 13. Signature of Installation Head or Designee and Telephone No. | 14. Signature of Union Step 1 Official and Telephone No. (614) 205 03 |
|---|---|
| 752-740-4008 | Stephen Counts   2-5-17 |

PS Form 8191, March 2007

**UNITED STATES POSTAL SERVICE®**

## USPS-NRLCA Joint Step 1 Grievance Form

| 1a. Grievant's Name (Last, first, middle initial) | 1b. Grievant's EIN (Employee Identification Number) |
|---|---|
| Counts, Jr.   Stephen   W. | 04016405 |

| 1c. Grievant's Title, Designation Code, and Route No. | 1d. Telephone No. (include area code) |
|---|---|
| R.C.A. / Local Union Steward | (614) 205 0334 |

| 1e. Grievant's Mailing Address |
|---|
| 2250 Lema Dr. Spring Hill, Fl. 34609 |

| 2a. Post Office | 2b. Branch/Station | 2c. Telephone No. (include area code) |
|---|---|---|
| Brooksville | Aviation | (352) 799 7869 |

| 3a. Date of Incident | 3h. Date of Step 1 Discussion with | 3c. Was Grievance Timely? (Explain) |
|---|---|---|
| 4-15-17 | 4-17-17 — | Yes |

**4. Issue (Complaint)**

Why is management showing desparate treatment by persuading + influencing employees away from their right to speak with a Union Steward, as well as undermining + breaching the USPS's agreement with the NRLCA to allow employees the right to speak with a Union Steward?

**5. Contract Provisions (Articles at Issue)**

**6. Full, Detailed Statement of Undisputed Facts (Attachments, as necessary)**

**7. Management's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**8. Management Contentions**

**9. Union's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**10. Union Contentions**

**11. Remedy Sought by the Union**

| 12a. Disposition (Check one) ☐ Settled ☐ Denied ☑ Withdrawn ☐ Sustained ☐ Other (Specify) | 12b. Date of Disposition |
|---|---|

| 13. Signature of Installation Head or Designee and Telephone No. | 14. Signature of Union Step 1 Official and Telephone No. |
|---|---|
| Margaret Lindley   352 7979416 | (614) 205-0334 |

PS Form 8191, March 2007

**UNITED STATES POSTAL SERVICE ®**

## USPS-NRLCA Joint Step 1 Grievance Form

| 1a. Grievant's Name (Last, first, middle initial) Counts, Jr. Stephen W. | 1b. Grievant's EIN (Employee Identification Number) 04016405 |
|---|---|
| 1c. Grievant's Title, Designation Code, and Route No. RCA / Local Union Steward | 1d. Telephone No. (include area code) (614) 205-0334 |
| 1e. Grievant's Mailing Address 2250 Lema Dr. SpringHill, Fl. 34609 | |

| 2a. Post Office Brooksville | 2b. Branch/Station Aviation | 2c. Telephone No. (include area code) (352) 799-7869 |
|---|---|---|

| 3a. Date of Incident May 1, 5, 6, 8, 2017 | 3b. Date of Step 1 Discussion with 5-8-2017 | 3c. Was Grievance Timely? (Explain) Yes |
|---|---|---|

**4. Issue (Complaint)**
Why is management showing desparate treatment by approving help for the RCA on the Matrix of R146 on Sat. 5-6-2017, but denied help for me delivering until 7 P.M. on R146 Fri. may 5 and once again on Mon. May 8 (even though I was approved the previous Mon. May 1, 2017 to receive help on R146 ???

**5. Contract Provisions (Articles at issue)**

**6. Full, Detailed Statement of Undisputed Facts (Attachments, as necessary)**

**7. Management's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**8. Management Contentions**

**9. Union's Full, Detailed Statement of Disputed Facts (Attachments, as necessary)**

**10. Union Contentions**

**11. Remedy Sought by the Union**

| 12a. Disposition (Check one) ☐ Settled ☐ Denied ☒ Withdrawn ☐ Sustained ☐ Other (Specify) | 12b. Date of Disposition |
|---|---|

| 13. Signature of Installation Head of Designee and Telephone No. Margaret Findley 352 797-9416 | 14. Signature of Union Step 1 Official and Telephone No. (614) 205-0334 |
|---|---|

PS Form 8191, March 2007