UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STEPHEN COUNTS, JR.,

    Plaintiff,

v.                                      Case No. 8:22-cv-669-TPB-CPT

LOUIS DEJOY, Postmaster General
For the United States Postal Service,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on June 30, 2022.  (Doc. 6).  Judge Tuite recommends Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied without prejudice, the complaint (Doc. 1) be dismissed without prejudice with leave to file an amended complaint, and that the motion for appointment of counsel (Doc. 3) be denied without prejudice.  Neither Plaintiff nor Defendant filed an objection to the report and recommendation.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).  A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."  28 U.S.C. § 636(b)(1)(C).  When

no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's report and recommendation, the Court adopts the report and recommendation. Consequently, the motion to proceed *in forma pauperis* is denied without prejudice, the complaint is dismissed without prejudice, with leave to amend to cure the deficiencies identified by Judge Tuite in his report and recommendation, and the motion for appointment of counsel is denied without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Judge Tuite's report and recommendation (Doc. 6) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

(3) The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, with leave to amend.

(4) Plaintiff's motion for appointment of counsel (Doc. 3) is **DENIED WITHOUT PREJUDICE**.

(4) Plaintiff is directed to file an amended complaint and motion to proceed without costs on or before August 18, 2022. Failure to file an amended

complaint as directed will result in this Order becoming a final judgment. *See Auto. Alignment & Body Serv., Inc. v. State Farm Mut. Auto. Ins. Co.*, 953 F.3d 707, 719-20 (11th Cir. 2020).   Failure to comply with the pleading requirements discussed in the report and recommendation may result in the dismissal of the case without further notice.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 18th day of July, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**